IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


BRYAN FISCHER,

      Plaintiff,

v.                                  1:14cv196-WS/GRJ

CAROLYN COLVIN,
Commissioner of Social
Security Administration,

      Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

      Before the court is the magistrate judge's report and recommendation docketed August 29, 2016. See Doc. 35. The magistrate judge recommends that the decision of the Commissioner be reversed. No objections to the report and recommendation have been filed.

      Upon review of the entire record, this court has determined that the recommendation should be adopted.

      Accordingly, it is ORDERED:

1.   The magistrate judge's report and recommendation (doc. 35) is adopted and incorporated by reference in this order of the court.

2.   The Commissioner's decision is REVERSED pursuant to sentence four of 42 U.S.C. § 405(g).

3.   This case shall be REMANDED to the Commissioner for further consideration consistent with the magistrate judge's report and recommendation.

4.   The clerk shall enter judgment stating: "The decision of the Commissioner is REVERSED."

DONE AND ORDERED this ___4th___ day of ____October____, 2016.


s/ William Stafford_____
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE