UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BRYAN FISCHER,

    Plaintiff,

v.                                              1:14cv196–WS/GRJ

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

    Defendant.

_____

ORDER GRANTING PLAINTIFF'S
APPLICATION FOR ATTORNEY'S FEES

    Before the court is the magistrate judge's report and recommendation (doc. 43) docketed February 21, 2017. The magistrate judge recommends that the plaintiff's application for attorney's fees pursuant to the Equal Access to Justice Act (EAJA) be granted. No objections to the report and recommendation have been filed.

    The court having reviewed the matter, it is ORDERED:

    1. The magistrate judge's report and recommendation (doc. 43) is ADOPTED and incorporated into this order.

2. Bryan Fischer's application for attorney's fees (doc. 38) is GRANTED.

3. Bryan Fischer is entitled to recover fees in the amount of $7,714.29 for the time expended by his counsel in representing him before the United States District Court for the Northern District of Florida pursuant to 28 U.S.C. § 2412 (EAJA).

4. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 589 (2010), payment shall be made payable to Fischer and mailed to Fischer's counsel, subject to offset by the amount of any debt owed by Fischer to the United States. If the United States Department of the Treasury determines that Fischer does not owe a federal debt, the government may accept Fischer's assignment of EAJA fees and pay fees directly to Fischer's counsel, Sarah Harriet Bohr, Bohr & Harrington LLC, 2337 Seminole Road, Atlantic Beach FL 32233.

DONE AND ORDERED this    21st    day of    March   , 2017.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE